USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

*In re* APPLICATION of N3RVE, LLC for Judicial Assistance pursuant to 28 U.S.C. § 1782,

Applicant.

------------------------------------------------------------- X

1:26-mc-248-GHW-KHP

ORDER

GREGORY H. WOODS, United States District Judge:

On May 27, 2026, Applicant N3RVE, LLC commenced this action for judicial assistance in aid of proceedings in the Republic of Korea pursuant to 28 U.S.C. § 1782. Dkt. Nos. 1–2. In particular, Applicant submitted an ex parte application seeking discovery from JPMorgan Chase Bank, N.A., Bank of America, N.A., Iliad Holdings, LLC, and Genesis BBQ USA, LLC. Dkt No. 2 at 1. This case was referred to Magistrate Judge Katherine H. Parker on May 29, 2026. *See* Dkt. No. 4. On June 24, 2026, Judge Parker issued a Report and Recommendation, recommending that the Court grant the Application in part and deny it in part. Dkt. No. 11 (the "R&R"). In particular, Judge Parker recommended denying the request for discovery from Genesis BBQ USA, LLC and recommended granting the requests as to JPMorgan Chase Bank, N.A., Bank of America, N.A., and Iliad Holdings, LLC with modifications. *Id.* at 17–19. Judge Parker ordered that any objections to the R&R be filed no later than fourteen days from the date of issuance of the R&R. *Id.* at 20; *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). No objections have been filed as of the date of this order.

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court reviews for clear error those parts of a report and recommendation to which no party has timely objected. 28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

Because no objection to the R&R was submitted within the fourteen-day window, the Court has reviewed the R&R for clear error, finding none. *See Braunstein v. Barber*, No. 06-cv-5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record" ). The Court, therefore, accepts and adopts the R&R in its entirety.

Applicant's requests for discovery from Genesis BBQ USA, LLC is denied. Applicants requests for discovery from Iliad Holdings, LLC, JPMorgan Chase Bank, N.A., and Bank of America, N.A., are granted with the modifications outlined in the R&R. The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: July 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge